# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clim-A-Tech Industries Incorporated,<br>    Plaintiff/Counterdefendant,<br>v.<br>William A. Ebert, et al.,<br>    Defendants/Counterclaimants. | No. CV-15-00873-PHX-GMS<br><br>**ORDER** |

Pursuant to the Parties' Joint Motion and Stipulation for Dismissal With Prejudice (Doc. 148) and good cause appearing,

**IT IS HEREBY ORDERED** that this litigation be dismissed with prejudice as to all claims and counterclaims, with each party to bear its own attorneys' fees and costs.

Dated this 11th day of September, 2018.

_____
G. Murray Snow
Chief United States District Judge